**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CITY OF DETROIT POLICE AND FIRE RETIREMENT SYSTEM, DERIVATIVELY ON BEHALF OF NISOURCE INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH HAMROCK, ARISTEDES S. CANDRIS, CAROLYN Y. WOO, DEBORAH A. HENRETTA, ERIC L. BUTLER, KEVIN T. KABAT, MICHAEL E. JESANIS, PETER A. ALTABEF, THEODORE H. BUNTING, JR., WAYNE S. DEVEYDT, RICHARD L. THOMPSON, <br><br> Defendants, <br><br> and <br><br> NISOURCE INC. <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) No. ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Plaintiff hereby moves this Court for an Order in the form submitted herewith for the filing of the Complaint under seal in the captioned matter. The basis for this motion is that the Complaint is based on documents Plaintiff received from nominal defendant NiSource Inc. after Plaintiff made a books and records demand pursuant to 8 *Del. C.* § 220. The production of the documents was subject to a confidentiality agreement between Plaintiff and NiSource Inc. dated December 9, 2019. The terms of the Confidentiality Agreement necessitate that the Complaint be filed, in the first instance, confidentially.

WHEREFORE, Plaintiff submits that there is good cause to permit the filing the Complaint under seal, and respectfully requests that the Court enter the Order submitted herewith.

DATED: April 28, 2020

**COOCH AND TAYLOR, P.A.**

By: */s/ Carmella P. Keener*
Carmella P. Keener (#2810)
The Nemours Building
1007 N. Orange St., Ste. 1120
P.O. Box 1680
Wilmington, DE 19899-1680
(302) 984-3816
ckeener@coochtaylor.com

*Of Counsel for Plaintiff:*

Daniel S. Sommers
Joshua Handelsman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dsommers@cohenmilstein.com
jhandelsman@cohenmilstein.com

Richard A. Speirs
Amy Miller
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838 7745
rspeirs@cohenmilstein.com
amiller@cohenmilstein.com

Kip B. Shuman
**SHUMAN, GLENN & STECKER**
100 Pine Street, Ste. 1250
San Francisco, CA 94101
Telephone: (303) 861-3003
Facsimile: (303) 536-7849
kip@shumanlawfirm.com

Rusty E. Glenn
**SHUMAN, GLENN & STECKER**
600 17th Street, Suite 2800 South
Denver, CO 80202
Telephone: (303) 861-3003
Facsimile: (303) 536-7849
rusty@shumanlawfirm.com

Brett D. Stecker
**SHUMAN, GLENN & STECKER**
326 W. Lancaster Avenue
Ardmore, PA 19003
Telephone: (303) 861-3003
Facsimile: (303) 536-7849
brett@shumanlawfirm.com

Ronald A. King
**CLARK HILL PLC**
212 E. Cesar Chavez Avenue
Lansing, MI 48906
Telephone: (517) 318-3015
Facsimile: (517) 318-3068
rking@clarkhill.com