**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CITY OF DETROIT POLICE AND FIRE RETIREMENT SYSTEM, DERIVATIVELY ON BEHALF OF NISOURCE INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH HAMROCK, ARISTIDES S. CANDRIS, CAROLYN Y. WOO, DEBORAH A. HENRETTA, ERIC L. BUTLER, KEVIN T. KABAT, MICHAEL E. JESANIS, PETER A. ALTABEF, THEODORE H. BUNTING, JR., WAYNE S. DEVEYDT, RICHARD L. THOMPSON, <br><br> Defendants, <br><br> and <br><br> NISOURCE INC., <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 20-577-LPS |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS**

WHEREAS, on April 28, 2020, Plaintiff filed a Verified Shareholder Derivative Complaint (D.I. 2, "Complaint") against Defendants Joseph Hamrock, Aristides S. Candris, Carolyn Y. Woo, Deborah A. Henretta, Eric L. Butler, Kevin T. Kabat, Michael E. Jesanis, Peter A. Altabef, Theodore H. Bunting, Jr., Wayne S. Deveydt and Richard L. Thompson (the "Individual Defendants"), and NiSource Inc. ("NiSource," and with the Individuals Defendants, "Defendants");

WHEREAS, the Complaint spans seventy-two pages and 173 paragraphs;

WHEREAS, pursuant to the Stipulation and Order Regarding Response to Complaint and Briefing Schedule (D.I. 23), the Individual Defendants and NiSource anticipate filing a consolidated joint motion to dismiss the Complaint by July 1, 2020, on multiple grounds and require a limited number of additional pages to address the arguments and extensive allegations in the Complaint; and

WHEREAS, counsel for Plaintiffs and Defendants have conferred and agreed on reasonable page limitations for briefing Defendants' motion to dismiss;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, though their undersigned counsel and subject to the approval of the Court, as follows:

- Defendants' opening brief shall be no longer than thirty pages.
- Plaintiff's answering brief in opposition shall be no longer than thirty pages.
- Defendants' reply brief shall be no longer than fifteen pages.

| | |
|---|---|
| */s/ Carmella P. Keener* | */s/ Katharine L. Mowery* |
| Carmella P. Keener (#2810) | Gregory P. Williams (#2168) |
| COOCH & TAYLOR, P.A. | Raymond J. DiCamillo (#3188) |
| The Nemours Building | Katharine L. Mowery (#5629) |
| 1007 N. Orange St., Ste. 1120 | RICHARDS, LAYTON & FINGER, P.A. |
| P.O. Box 1680 | 920 North King Street |
| Wilmington, DE 19899-1680 | Wilmington, Delaware 19801 |
| (302) 984-3816 | (302) 651-7700 |
| ckeener@coochtaylor.com | williams@rlf.com |
| | dicamillo@rlf.com |
| *Attorneys for Plaintiff* | mowery@rlf.com |
| | |
| Dated: June 23, 2020 | *Attorneys for Individual Defendants Joseph Hamrock, Aristides S. Candris, Carolyn Y. Woo, Deborah A. Henretta, Eric L. Butler, Kevin T. Kabat, Michael E. Jesanis, Peter A. Altabef, Theodore H. Bunting, Jr., Wayne S. DeVeydt, Richard L. Thompson and Nominal Defendant NiSource Inc.* |

IT IS SO ORDERED this _____ day of June, 2020.

                                                              United States District Judge Leonard P. Stark