IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CITY OF DETROIT POLICE AND FIRE RETIREMENT SYSTEM, DERIVATIVELY ON BEHALF OF NISOURCE INC., | : : : : : | |
| Plaintiff, | : : | |
| v. | : : : | C.A. No. 20-577-LPS |
| JOSEPH HAMROCK, ARISTIDES S. CANDRIS, CAROLYN Y. WOO, DEBORAH A. HENRETTA, ERIC L. BUTLER, KEVIN T. KABAT, MICHAEL E. JESANIS, PETER A. ALTABEF, THEODORE H. BUNTING, JR., WAYNE S. DEVEYDT, RICHARD L. THOMPSON | : : : : : : : : : | |
| Defendants, | : : | |
| and | : : | |
| NISOURCE INC., | : : | |
| Nominal Defendant. | : | |

**ORDER**

At Wilmington this **9th day of March, 2021**, consistent with and for the reasons stated in the Memorandum Opinion issued this same date,

**IT IS HEREBY ORDERED** that Defendants Joseph Hamrock, Aristides S. Canris, Carolyn Y. Woo, Deborah A. Henretta, Eric L. Butler, Kevin T. Kabat, Michael E. Jesanis, Peter A. Altabef, Theodore H. Bunting, Jr., Wayne S. DeVeydt, and Richard L. Thompson (the "Director Defendants") and Nominal Defendant NiSource Inc.'s (together with the Director Defendants, the "Defendants") Motion to Dismiss the Verified Shareholder Derivative Complaint (D.I. 28) is **GRANTED**. Claim 1, alleging a violation of the

Exchange Act, Section 14(a), is **DISMISSED**.  Claims 2, 3, and 4, which arise under Delaware state law, are **DISMISSED WITHOUT PREJUDICE** to renew in Delaware state court.

_____
UNITED STATES DISTRICT JUDGE